APR 12 AM 11:15
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

5:19-CV-1850C32PRL

FILED
2019 APR 12 AM 11:15
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## VERIFIED COMPLAINT

I, Benjamin Grey, plaintiff sue defendant, K. Lane in her individual capacity and state the following:

1) Defendant is a false claim to my body. The nature and extent of claim is not known to me, however, I am informed and on that basis allege defendant's false claim is to my body that I am entitled to the possession of described as 32197-016. See Exhibit A.

2) This is an action to recover possession of my body in Sumter County, Florida.

3) The description of my body is: H14106534. See Exhibit B.

4) I am entitled to possession of my body by use i.e. the application or employment of my body; esp., a long-continued <u>possession</u> and <u>enjoyment</u> of my body for the purpose for which it is adapted.

5) To the best of my knowledge, information and belief, my body is

-1-

located at FCI COLEMAN LOW, 846 54th Terrace, Coleman, Florida 33521

6) Defendant came into possession of my body by taking my body.

7) My body has not been taken under execution or attachment against my body. See Exhibit C.

8) My body has not been taken for any tax, assessment or fine pursuant to law.

9) To the best of my knowledge, information and belief, defendant wrongfully detains my body for the purpose of performing a judgment or sentence. See Exhibit C.

10) Defendant is currently engaged in concealing my body which amounts to serious physical injury. Furthermore my body is moveable which presents a prima facie inference that my body is capable of being secreted away in the Special Housing Unit, transferred to another institution, or removed from Florida during the pendency of this action.

11) A temporary restraining order

-2-

would not be warranted, in that, temporary restraining orders are issued to prevent the defendant from concealing my body and at this time I have already suffered irreparable injury.

I state that the foregoing is true, correct and complete. Dated this 7th day of April, 2019.

/S/ Benjamin Grey

EXHIBIT A

Authority Black's Law Dictionary

<u>Body</u>. A person. Used of a natural or private body or an artificial body created by law

<u>A person</u> ; an individual human being

Body ; A person



Misdescription

<u>Used</u> of an artificial body created by law. Describes itself individually.

EXHIBIT A

EXHIBIT B

## YOUR SOCIAL SECURITY CARD

The Social Security number shown on your card is yours alone. Do not allow others to use your number as their own. Record your number in a safe place in case your card is lost or stolen. Protect both your card and your number to prevent their misuse.

You should contact us to update your Social Security number and benefit record (if you are entitled) if your name, your U.S. citizenship status, or your status as an alien in the U.S. changes. You will need to file an application for a replacement Social Security card and provide proof of your identity, and we may request other evidence supporting the change.

Show your card to your employer when you start a new job. Make sure your employer uses the same name and number exactly as it is shown on your Social Security card so we can record your earnings correctly.

Some private organizations use Social Security numbers for record keeping purposes. Such use is neither required nor prohibited by Federal law. The use of your Social Security number by such an organization for its own records is a private matter between you and the organization. Private organizations cannot get information from your Social Security record just because they know your number.

Any government agency that asks for your number must tell you: whether giving it is mandatory or voluntary, its authority for requesting the number, and how the number is used.

If you are an alien without permission to work in the U.S., your Social Security card will be marked "NOT VALID FOR EMPLOYMENT." We will notify U.S. immigration officials if you use the number to work.

If you are an alien legally in the U.S. with temporary permission to work, your Social Security card will be marked "VALID FOR WORK ONLY WITH DHS AUTHORIZATION." If you show this card to an employer as evidence of employment eligibility, you will also have to show your U.S. immigration document authorizing employment.

You should contact Social Security right away for benefits if you become disabled, reach retirement age or are about to attain age 65.

You can reach us at 1-800-772-1213 or through our website at www.socialsecurity.gov.

---

Improper use of this card or number by anyone is punishable by fine, imprisonment or both. If you believe someone is using your Social Security number fraudulently, notify the Federal Trade Commission at 1-877-438-4338 or online at www.consumer.gov/idtheft.

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

Social Security Administration
Form SSA-3000 (08-2011)

Description is:
 H14106534

---

## YOUR SOCIAL SECURITY CARD

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.





---

EXHIBIT B

Keep this stub with your personal records. The other side contains important information.

Please note: The date we issued this card is shown below the signature line.

BENJAMIN BRANDON GREY
CO DAMOND TALBOT
PO BOX 1029
INMATE 32197016 — Misdescription
COLEMAN FL 33521-1029

Case 5:19-cv-00185-TJC-PRL   Document 1   Filed 04/12/19   Page 6 of 6 PageID 6
Case 1:13-cr-00031-ESH   Document 79   Filed 02/26/14   Page 1 of 9
USCA Case #14-3003   Document #1702031   Filed: 10/30/2017   Page 95 of 256

AO 245C (Rev 09/11) Amended Judgment in a Criminal Case
Sheet 1

(NOTE Identify Changes with Asterisks (*))

**EXHIBIT C**

# UNITED STATES DISTRICT COURT
District of Columbia

UNITED STATES OF AMERICA
v.
BENJAMIN BRANDON GREY

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: 13-031 (ESH) *Misdescription*
USM Number: 32197-016
Thomas Abbenante
Defendant's Attorney

**FILED**
FEB 2 6 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Date of Original Judgment: 1/24/2014
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U S C 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed R Crim P 35(b))
☐ Correction of Sentence by Sentencing Court (Fed R Crim P 35(a))
☒ Correction of Sentence for Clerical Mistake (Fed R Crim P 36)

☐ Modification of Supervision Conditions (18 U S C §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U S C § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U S C § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U S C § 2255 or
   ☐ 18 U.S.C § 3559(c)(7)
☐ Modification of Restitution Order (18 U S C § 3664)

**THE DEFENDANT:**
☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.
☒ was found guilty on count(s) 1 through 15, 16r, 17r, 18r, 19r, 20r, 21r
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1344 & 2 | Bank Fraud & Aiding & Abetting & Causing an Act to Be Done | 4/2/2009 | 1 |
| 18 U.S.C. §§ 1344 & 2 | Bank Fraud & Aiding & Abetting & Causing an Act to Be Done | 10/1/2009 | 2 |

(Continued on pages 2 and 3.)
The defendant is sentenced as provided in pages 2 _____ 9 _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 16 & 23 of the Indictment ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/26/2014
Date of Imposition of Judgment

_____
Signature of Judge

Ellen Segal Huvelle, U. S. District Judge
Name and Title of Judge

2/26/14
Date

**EXHIBIT C**